IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM WOLFE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. CIV-13-190-SPS |
| AMERICAN SECURITY INSURANCE COMPANY and ASSURANT SPECIALTY PROPERTY, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Wolfe and Defendant American Security Insurance Company, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), jointly stipulate to the dismissal of this action with prejudice to future filings. Each party will bear its own costs and attorneys' fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiff William Wolfe against named Defendant American Security Insurance Company be dismissed with prejudice.

Respectfully Submitted:

s/ Robert Todd Goolsby
Robert Todd Goolsby, Esq.
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 North Broadway Avenue, Suite 400
Oklahoma City, OK 73102

**Attorney for Plaintiff**

&

s/ Derrick Teague
J. Derrick Teague, OBA #15131
JENNINGS TEAGUE, P.C.
204 N. Robinson Avenue, Suite 1000
Oklahoma City, OK  73102
Telephone:    (405) 609-6000
Facsimile:     (405) 609-6501
Email: dteague@jenningsteague.com
-and-
Walter D. Willson, MSB #7291
WELLS, MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
Telephone:    (601) 605-6900
Facsimile:     (601) 605-6901
Email: wwillson@wellsmar.com

**Attorneys for Defendant**
**American Security Insurance Company**